Christian Keeney CA Bar No. 269533
christian.keeney@ogletree.com
Alis M. Moon CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
Central Transport LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN KNOX, an individual,<br><br>     Plaintiff,<br><br>   v.<br><br>CENTRAL TRANSPORT LLC, a Michigan Limited Liability Company, CENTRAL TRANSPORT INTERNATIONAL, INC., a Michigan Corporation, and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No. Pending  **'22CV55   W    BGS**<br><br>**DEFENDANT CENTRAL TRANSPORT LLC'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed: December 14, 2021<br>Trial Date:         None Set<br>District Judge:    Hon. TBD<br>Magistrate Judge: Hon. TBD |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Defendant Central Transport LLC ("Defendant") certifies that: (a) it has no parent corporation; (b) no publicly held corporation directly owns 10% or more of its stock; and (c) none of Defendant's members or affiliates are publicly held.

The undersigned, counsel of record for Defendant, certifies that the following listed parties have a pecuniary interest in the outcome of this case:

1. Plaintiff Dean Knox;

2. Defendant Central Transport LLC;

3. The Otkupman Law Firm, APC, which represents Plaintiff Dean Knox; and

4. The law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., which represent Defendant Central Transport LLC.

DATED: January 14, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/Alis M. Moon*
Christian Keeney
Alis M. Moon
Attorneys for Defendant
Central Transport LLC

**PROOF OF SERVICE**
*Dean Knox v. Central Transport LLC, et al.*
Case No. Pending

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made.  My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA  92626.

On January 14, 2022, I served the following document(s):

**DEFENDANT CENTRAL TRANSPORT LLC'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:**  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:**  With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)**   I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)**   I declare that I am a **member** of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 14, 2022, at Costa Mesa, California.

*/S/ Alba DonJuan*
Alba DonJuan

Knox (Individual Lawsuit) -

**SERVICE LIST**

| | |
|---|---|
| Roman Otkupman, Esq.<br>OTKUPMAN LAW FIRM,<br>A LAW CORPORATION<br>5743 Corsa Ave., Suite 123<br>Westlake Village, CA  91362<br>Telephone:  818-293-5623<br>Facsimile:    888-850-1310<br>roman@olfla.com | Attorney for Plaintiff<br>Dean Knox |

Knox (Individual Lawsuit) -

3
DEFENDANT CENTRAL TRANSPORT LLC'S DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES
Case No. Pending
49943495.v1-OGLETREE